**Order entered June 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00958-CR
No. 05-12-00959-CR

**GREGORIO DIAZ LOPEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F09-40834-K, F09-40835-K**

## ORDER

The Court **GRANTS** appellant's June 5, 2013 motion to extend time to file his brief. We

**ORDER** the appellant's brief received on June 5, 2013 filed as of the date of this order.


/s/     DAVID EVANS
        JUSTICE